# United States Court of Appeals
## For The District of Columbia Circuit

———————

**No. 22-1019**  **September Term, 2023**

**STB-FD36284**

**Filed On:** October 4, 2023

Eagle County, Colorado,

    Petitioner

    v.

Surface Transportation Board and United States of America,

    Respondents

------------------------------

Seven County Infrastructure Coalition and Uinta Basin Railway, LLC,
    Intervenors

------------------------------

Consolidated with 22-1020

# O R D E R

Upon consideration of intervenor-respondents Seven County Infrastructure Coalition and Uinta Basin Railway, LLC's petition for rehearing en banc, it is

**ORDERED**, on the court's own motion, that within 15 days of the date of this order, petitioner and respondents file responses to intervenors' petition for rehearing en banc. Each response may not exceed 3,900 words. Absent an order of the court, a reply to the responses will not be accepted for filing.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
        Daniel J. Reidy
        Deputy Clerk