# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-1019**　　　　　　　　　　　　　**September Term, 2023**

**STB-FD36284**

**Filed On:** October 16, 2023

Eagle County, Colorado,

    Petitioner

    v.

Surface Transportation Board and United States of America,

    Respondents

------------------------------

Seven County Infrastructure Coalition and Uinta Basin Railway, LLC,
    Intervenors

------------------------------

Consolidated with 22-1020

## O R D E R

Upon consideration of the joint unopposed motion for an extension of time to file a response to the petition for rehearing en banc, it is

**ORDERED** that the motion be granted. The response to the petition for rehearing en banc is now due November 9, 2023.

    **FOR THE COURT:**
    Mark J. Langer, Clerk

    BY:　/s/
           Daniel J. Reidy
           Deputy Clerk